COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Bill Hartley v. Esquire Deposition

Appellate case number:      01-17-00508-CV

Trial court case number:    2016-73922

Trial court:                61st District Court of Harris County

This appeal is from a judgment signed on April 17, 2017. The notice of appeal was filed on July 7, 2017. Although a notice of appeal generally must be filed within 30 days after the judgment is signed, the time to file a notice of appeal is extended to 90 days after the signing if a party files a timely motion for new trial, motion to modify the judgment, motion to reinstate, or a request for findings of fact and conclusions of law that is either required by the Rules of Civil Procedure or properly considerable by the appellate court. TEX. R. APP. P. 26.1(a)(1-4).

We are unable to determine whether appellant filed a timely post-judgment motion that would extend the deadline because the clerk's record has not been filed. The trial court clerk has notified us that the clerk's record has not been filed because appellant has not made arrangements to pay for the record. Appellant has filed an affidavit of inability to pay costs with our court. But prior to any determination of indigence, we must first determine our jurisdiction. Accordingly, we direct the trial court clerk to file a clerk's record within **10 days** of this order containing (1) the court's judgment, (2) any post-judgment motions, and (3) any orders on post-judgment motions.

It is so ORDERED.


Judge's signature: /s/ Jane Bland
                   Acting individually


Date: February 13, 2018